IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BRIAN WALLENBERG, | ) |
| | ) Case No. 4:23-mc-332 |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | ) |
| PJ UTAH, LLC, | ) |
| | ) |
| Respondent. | ) |

## NOTICE OF EXECUTION

Notice is hereby given that a Writ of Execution has been requested by Petitioner / Judgment Creditor Brian Wallenberg for execution upon the assets of Respondent / Judgment Debtor PJ Utah, LLC d/b/a "Papa Johns," in the sum of $4,373.25 as and for the principal balance unsatisfied on the judgment entered by the United States District Court for the District of Utah on March 16, 2023 and registered in this Court, plus $0.60 per diem as post-judgment interest (calculated as $4,373.25 x 5.04% divided by 365 days) from and after March 16, 2023 until the judgment is satisfied.

Summons to garnishee is to be returnable May 12, 2023, and summons is to issue to:

JP Morgan Chase
7700 Forsyth Blvd., Suite 1200
St. Louis, MO  63105

Dated: March 31, 2023

March 31, 2023                                           Respectfully submitted,

**WEINHAUS & POTASHNICK**
*/s/ Mark Potashnick*
Mark A. Potashnick, E.D. Mo. # 41315MO
11500 Olive Boulevard, Suite 133
St. Louis, Missouri 63141
Telephone:    (314) 997-9150
markp@wp-attorneys.com

**DOBSON, BERNS & RICH, LLP**
Gregory A. Rich, E.D. Mo. # 45825MO
5017 Washington Place, Suite 300
St. Louis, MO 63108
Telephone: (314) 621-8363
Facsimile: (314) 621-8366
grich@dbrstl.com

Attorneys for Petitioner Brian Wallenberg