IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| BRIAN WALLENBERG, | ) | |
| | ) | Case No. 4:23-mc-332 |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| PJ UTAH, LLC, | ) | |
| | ) | |
| Respondent. | ) | |

**<u>WRIT OF EXECUTION</u>**

UNITED STATES OF AMERICA, Eastern District of Missouri:

The President of the United States of America, to the Marshal of the United States in and for the Eastern District of Missouri;

GREETINGS:

WHEREAS, on the 16th day of March, 2023, at the District Court of the United States for the District of Utah, before United States District Judge David Barlow thereof, Petitioner Brian Wallenberg received an order and judgment confirming an arbitration award recovered against Respondent PJ Utah, LLC for damages in the total amount of $115,476.54, comprised of $7,298.79 "[f]or [u]nreimbursed vehicle costs," $7,298.79 for "liquidated damages," and $100,878.96 for fees and costs.  Of that amount, $4,373.25 remains unpaid.  Since that time, post-judgment interest totaling $9.06 has accrued ($4,373.25 x 5.04% divided by 365 days x 15 days).  The total balance due is $4,382.31;

WHEREAS, on the 31st day of March, 2023, at the District Court of the United States for the Eastern District of Missouri, Eastern Division, Petitioner Brian Wallenberg registered the above-described March 16, 2023 judgment received from the United States District Court for the

1

District of Utah;

WHEREAS, the amount $4,373.25 remains unpaid; and

WHEREAS, the garnishor knows or has good reason to believe that the garnishee is indebted to debtor, that the garnishee is obligated to make periodic payments to debtor, or that the garnishee has control or custody of property belonging to debtor;

THEREFORE, you are commanded that, of the monies, salaries, goods and chattels, land and tenements of the said Respondent and Judgment Debtor PJ Utah, LLC, you cause to be paid the unpaid balance of $4,373.25, plus per diem interest from and after March 16, 2023, at the rate of $0.60 per day, totaling $9.06, and that you have the same before the Judge of our said Court on May 12, 2023, to render to the same Petitioner, and that you certify to our said Judgment how you execute this writ.

WITNESS, the Judge of the United States District Court for the Eastern District of Missouri, this ____ day of _____, 2023. Issued at the office in the City of St. Louis, under the seal of said District Court, the day and year last mentioned.

CLERK, UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI


By: _____
       Deputy Clerk


Case No. 4:23-mc-332                       Marshal's Docket No. _____

| | |
|---|---|
| Unsatisfied Portion of Judgment | $4,373.25 |
| Post-judgment interest through March 31, 2023 | $     9.06 |
| Total as of March 31, 2023 | $4,382.31 |

2