IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BRIAN WALLENBERG, ) | |
| ) | Case No. 4:23-mc-332 |
| Petitioner, ) | |
| ) | |
| v. ) | |
| ) | |
| PJ UTAH, LLC, ) | |
| ) | |
| Respondent. ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the original and two copies of Interrogatories Directed to Garnishee were delivered to the United States Marshal on March 31, 2023, for service upon garnishee together with Summons to Garnishee addressed as follows:

JP Morgan Chase
7700 Forsyth Blvd., Suite 1200
St. Louis, MO 63105

March 31, 2023

Respectfully submitted,

**WEINHAUS & POTASHNICK**
*/s/ Mark Potashnick*
Mark A. Potashnick, E.D. Mo. # 41315MO
11500 Olive Boulevard, Suite 133
St. Louis, Missouri 63141
Telephone:    (314) 997-9150
markp@wp-attorneys.com

**DOBSON, BERNS & RICH, LLP**
Gregory A. Rich, E.D. Mo. # 45825MO
5017 Washington Place, Suite 300
St. Louis, MO 63108
Telephone: (314) 621-8363
Facsimile: (314) 621-8366
grich@dbrstl.com

Attorneys for Petitioner Brian Wallenberg

1